# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Case No. 13-cr-00164-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HUMBERTO LOPEZ,

    Defendant.

---

## FINAL ORDER OF FORFEITURE

---

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Doc. # 81).  The Court having reviewed said Motion FINDS as follows:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853, as set forth in the Indictment returned on April 25, 2013;

THAT a Preliminary Order of Forfeiture was entered on October 29, 2013;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the time for any other third-party to file a petition expired on December 28, 2013;

THAT no Petition for Ancillary Hearing has been filed by any petitioner;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the $8,800.00 in United States Currency; shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party;

THAT the United States shall have full and legal title to the forfeited $8,800.00 in United States Currency and may dispose of it in accordance with law;

SO ORDERED this   9th   day of May, 2014.

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge